## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by GEISHA NYC, LLC, MIAE LIM, LESTER BURGHER, and RICHARD WAHLSTEDT and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Jhony Portoviejo
Full Legal Name (Print)

_[signature]_
Signature

12/15/09
Date