# JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
Diane Hester
D. Maimon Kirschenbaum
Matthew D. Kadushin
Amy Zobel
Michael D. Palmer
Denise A. Schulman

Counsel:
Michael DiChiara*
*Also admitted in NJ & MA

223 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.jhllp.com

March 9, 2011

**VIA FIRST CLASS MAIL**

Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Delancy et al. v. Geisha NYC, LLC et al.
               No. 09 Civ. 1458 (WHP) (THK)

Dear Magistrate Judge Katz:

    We represent the Plaintiffs in the above-referenced matter. I write on behalf of all parties to request an adjournment of the settlement conference currently scheduled for April 5, 2011.

    Judge Pauley recently extended the discovery deadline to May 2, 2011. Accordingly, the parties will not have completed depositions by April 5, 2011. As we believe that the information obtained during depositions will facilitate settlement discussions, we seek to adjourn the settlement conference until after discovery is completed. The parties are available for a settlement conference any time on May 3, 4, or 5, 2011. This is the parties' third request to adjourn a settlement conference.

    We thank the Court for its attention to this matter.

                                                            Respectfully submitted,

                                                            Denise A. Schulman

cc: Douglas Weiner, Esq. (via e-mail)

---

*Handwritten annotation:* The conference is adjourned to May 5, 2011 at 2:00 P.M.

**SO ORDERED** 3/14/11
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE