UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ADRIEAN DELANEY, on behalf of himself
and other similarly situated,

                     Plaintiff,

      v.

GEISHA NYC, LLC d/b/a JAPONAIS,
MIAE LIM, LESTER BURGHER,
RICHARD WAHLSTEDT and
JEFFREY BEERS,

                     Defendants.

------------------------------------------------------------x

Index No.: 09-cv-1458 (THK)

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Adriean Delaney ("Plaintiff") and Defendants Geisha NYC, LLC, Miae Lim, Lester Burgher, Richard Wahlstedt, and Jeffrey Beers (collectively "Defendants"), by and through their undersigned counsel, that the above-captioned action has been resolved by the Parties. The matter includes claims asserted under the Fair Labor Standards Act and the New York Labor Law, and the resolution includes the payment of monies by Defendants to Plaintiff and opt-in Plaintiffs which includes back wages, liquidated damages, interest, costs and attorneys' fees.

      The parties accordingly agree that the action be and is hereby dismissed, with prejudice, and with no additional award of attorneys' fees or costs by the Court to any party. The

FIRM:16488745v1

Court has reviewed a Settlement Agreement and General Release and deems it fair, pursuant to the Fair Labor Standards Act § 216(b).

| | |
|---|---|
| JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP | EPSTEIN BECKER & GREEN, P.C. |
| /s/ D. Maimon Kirschenbaum<br>D. Maimon Kirschenbaum<br>Denise A. Schulman<br>233 Broadway, 5th Floor<br>New York, NY 10279<br>(212) 688-5640 | /s/ Douglas Weiner<br>Douglas Weiner<br>250 Park Avenue<br>New York, NY 10177<br>(212) 351-4500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED: _____
Hon. Theodore Katz

Dated: August 31, 2011
New York, New York

- 2 -

FIRM:16488745v1